# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Archer, Jr., Glenn L. | 2. Court or Organization Ct. of Appeals Federal Circuit | 3. Date of Report 05/01/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 717 Madison Pl.,N.W. Washington, D.C., 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Sec'y-Treas. | Glenmar Farms [ ] farm) Yellow Springs, W.Va. |
| 2. Trustee | Sherman Foundation ( Charitable Foundation) Newport Beach, Ca. |
| 3. Trustee | Trust #2 (See part VII) |
| 4. Trustee | Glenn [ ] Archer Trust (see Part VIII) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Archer Jr., Glenn L.

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/01/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. monthly | Alaska retirement annuity |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/01/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Colchester Corp. com | | None | J | W | | | | | |
| 2. Glenmar Farms Inc. com | | None | L | W | | | | | |
| 3. IRA #1 - E-Trade | A | Int &Div | K | T | | | | | |
| 4. --Apple-com | | | | | | | | | |
| 5. --Microsoft=com | | | | | | | | | |
| 6. _Cisco com | | | | | | | | | |
| 7. - Altria com | | | | | | | | | |
| 8. -Kraft- Cl A | | | | | | | | | |
| 9. - Citigroup | | | | | | | | | |
| 10. --Philip Morris Int'l | | | | | | | | | |
| 11. _E-Tradet Money Market Funds | | | | | | | | | |
| 12. IRA #2 - E-Trade | A | Int & Div | K | T | | | | | |
| 13. _Cisco com | | | | | | | | | |
| 14. _Intel com | | | | | | | | | |
| 15. _Mariott com | | | | | | | | | |
| 16. _Microsoft com | | | | | | | | | |
| 17. _Applied Materials com | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Petsmart-com | | | | | | | | | |
| 19.  _E-Trade Money Market Funds | | | | | | | | | |
| 20.  Harris Bank — Brokerage Acct GA____ Tr @Harris Bk | | | | | | | | | |
| 21.  _Microsoft com | A | Dividend | J | T | | | | | |
| 22.  -ACM Inc Fd | A | Dividend | J | T | | | | | |
| 23.  -Am Cent GNMA Fd | A | Interest | J | T | | | | | |
| 24.  -Cohen & Steers REIT Fd | A | Dividend | J | T | | | | | |
| 25.  Dodge & Cox Inc Fd | A | Dividend | J | T | | | | | |
| 26.  -Edison International | A | Dividend | J | T | | | | | |
| 27.  -Hawaiian Elec Inds | A | Dividend | J | T | | | | | |
| 28.  -Hyperion Tot Rt Fd | A | Dividend | J | T | | | | | |
| 29.  -Peyder & Rygel GNMA Fd | A | Dividend | J | T | | | | | |
| 30.  -Rite Aid Corp | A | Dividend | J | T | | | | | |
| 31.  -Southern Co | A | Dividend | J | T | | | | | |
| 32.  -Vanguard GNMA Fd | A | Interest | J | T | | | | | |
| 33.  -Wachovia Pref Series A | A | Dividend | J | T | | | | | |
| 34.  -US Treas Bond 11/15/21 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. —Harriis Bank—Virtus Money Market Funds | C | Interest | N | T | | | | | |
| 36. Trust #1 (JEWL Tr) at Harris Bank | D | Int & Div | M | T | | | | | |
| 37. -Alliance Bernstein | | | | | | | | | |
| 38. _American El Power com | | | | | | | | | |
| 39. _Cisco com | | | | | | | | | |
| 40. _Intel com | | | | | | | | | |
| 41. _Equity One com | | | | | | | | | |
| 42. _Microsoft com | | | | | | | | | |
| 43. _Altria | | | | | | | | | |
| 44. _Kraft Cl A | | | | | | | | | |
| 45. _Goldman Sachs | | | | | | | | | |
| 46. +Halliburton | | | | | | | | | |
| 47. - Phillip Morris Int'l | | | | | | | | | |
| 48. —Harris Bank- Virtus Money Market Funds | | | | | | | | | |
| 49. Real Property - Las Vegas, NV | B | Rent | L | W | | | | | |
| 50. Trust #2 -at Harris Bank | D | Int & Div | N | T | | | | | |
| 51. ---Harriis Bank - Virtus Money Market Funds | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. _Queen Annes Co Md Sci Bonds 15Jan13 | | | | | | | | | |
| 53. _Md St Comm Dev Bond 1Apr13 | | | | | | | | | |
| 54. _Baltimore Co Pub Imp Bonds 15 Oct15 | | | | | | | | | |
| 55. _Md St Health Bond 15Aug18 | | | | | | | | | |
| 56. _Md St Hlth Easton Bond 1Jul19 | | | | | | | | | |
| 57. _Md St Indl Dev Bond 15Aug20 | | | | | | | | | |
| 58. _Balt Co Md Met Bond 1Jun23 | | | | | | | | | |
| 59. _Montgomery Co Md Bonds 15Feb24 | | | | | | | | | |
| 60. _Baltimore Md Rev Bonds 1Jul28d | | | | | | | | | |
| 61. _Md St Hlth Hghr Ed Bonds 1Jul27 | | | | | | | | | |
| 62. _Md St Hlth Bonds 15Aug28 | | | | | | | | | |
| 63. _Md St Hlth Hghr Ed Bonds 1Jul29 | | | | | | | | | |
| 64. _Constellation Energy com | | | | | | | | | |
| 65. _FPL Group com | | | | | | | | | |
| 66. _ATT-com | | | | | | | | | |
| 67. _Applied Materials_com | | | | | | | | | |
| 68. Trust #2 cont'd - (Not in Harris Bank) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  —Mineral Interest— Norton Co Ks | A | Royalty | J | W | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/01/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

For Part I, Line 4 - Living Trust for [          ]me executed in 2008, of which we are Trustees and beneficiaries

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/01/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544